UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AGUILERA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>　　　　　　Defendants. | Case No. 09cv1818 JM(PCL)<br><br>ORDER GRANTING JOINT MOTION TO REMAND THE ACTION TO THE COMMISSIONER OF SOCIAL SECURITY [Docket No. 6] |

　　　Upon the Joint Motion of the parties [Docket No. 6] and for good cause shown, the above entitled action is REMANDED to the Commissioner of Social Security pursuant 42 U.S.C. §405(g). The Clerk of Court is directed to close this file.

　　　IT IS SO ORDERED.

DATED: January 27, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge

1

09cv1818